UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-21689-Civ-Jordan/McAliley

GUSTAVO B. SAMPAIO,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR PARTIAL DISMISSAL

The parties have reached a partial settlement. Defendant has offered to pay Plaintiff $1,001.00 plus reasonable attorney fees and costs in exchange for Plaintiff's Dismissal with prejudice of his claims under the Fair Debt Collection Practices Act. Plaintiff has accepted the offer and Defendant has paid the $1,000.00. Accordingly, the parties stipulate to a Dismissal with prejudice of Plaintiff's claims under the Fair Debt Collection Practices Act, with the Court to reserve jurisdiction regarding Plaintiff's reasonable attorney fees and costs regarding the Fair Debt Collection Practices Act. Plaintiff is prevailing party for the purposes of determining Plaintiff's attorney fees and costs. If the parties are unable to resolve the matter of attorney fees and costs by agreement, Plaintiff shall file a motion within 30 days of issuance of the Court's order. This dismissal does not affect Plaintiff's claims under the Telephone Consumer Protection Act.

Donald A. Yarbrough, Esq.    Dale T. Golden, Esq.
Attorney for Plaintiff    Attorney for Defendant
Post Office Box 11842    Golden & Scaz, PLLC

| | |
|---|---|
| Fort Lauderdale, Florida  33339 | Suite A |
| Telephone: 954-537-2000 | 2124 West Kennedy Boulevard |
| Facsimile: 954-566-2235 | Tampa, FL 33606 |
| | Telephone: 813-251-3632 |
| | Facsimile: 813-251-3675 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Dale T. Golden |
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-21689-Civ-Jordan/McAliley

GUSTAVO B. SAMPAIO,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>April 26, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                <u>s/Donald A. Yarbrough</u>
                                                Donald A. Yarbrough, Esq.

### SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
Suite A
2124 West Kennedy Boulevard
Tampa, FL 33606
Telephone: 813-251-3632
Facsimile: 813-251-3675

<u>Via Notices of Electronic Filing generated by CM/ECF</u>