UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-21689-Civ-Jordan/McAliley

GUSTAVO B. SAMPAIO,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.
_____/

## ORDER ON JOINT STIPULATION FOR PARTIAL DISMISSAL

THIS CAUSE is before the Court upon the parties Joint Stipulation for Partial Dismissal (DE 49 ), it is hereby,

ORDERED AND ADJUDGED: The Court has been informed that the Parties have reached a partial settlement. The terms of the party's settlement agreement are incorporated herein. Defendant has paid Plaintiff $1,001.00 and will pay reasonable attorney fees and costs in exchange for Plaintiff's dismissal with prejudice of his claims under the Fair Debt Collection Practices Act.

Accordingly, Plaintiff's claims under the Fair Debt Collection Practices Act are hereby dismissed with prejudice. The Court reserves jurisdiction to award Plaintiff reasonable attorney fees and costs with respect to Plaintiff's claim under the Fair Debt Collection Practices Act, for which Plaintiff is prevailing party for the purposes of determining attorney fees and costs. If the parties do not resolve the matter of Plaintiff's attorney fees and costs by agreement, Plaintiff shall file a motion within 30 days of entry

of this order. This dismissal does not affect Plaintiff's claims under the Telephone Consumer Protection Act.

DONE AND ORDERED in the Southern District of Florida this 29th day of April, 2010.

_____
ADALBERTO JORDAN
United States District Judge

cc:  Donald A. Yarbrough, Esq., Counsel for Plaintiff
     Dale T. Golden, Esq., Counsel for Defendant