UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-21689-Civ-Jordan/McAliley

GUSTAVO B. SAMPAIO,

     Plaintiff,

v.

I.C. SYSTEM, INC.

     Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

     Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all

matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of

this action with each party to bear its own attorney's fees and costs except as

otherwise agreed by the parties.


Donald A. Yarbrough, Esq.        Dale T. Golden, Esq.
Attorney for Plaintiff             Attorney for Defendant
Post Office Box 11842           Golden & Scaz, PLLC
Fort Lauderdale, Florida  33339    Suite A
Telephone: 954-537-2000        2124 West Kennedy Boulevard
Facsimile: 954-566-2235         Tampa, FL 33606
                              Telephone: 813-251-3632
                              Facsimile: 813-251-3675


By:  /s/ Donald A. Yarbrough     By: /s/ Dale T. Golden
Donald A. Yarbrough, Esq.       Dale T. Golden, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-21689-Civ-Jordan/McAliley

GUSTAVO B. SAMPAIO,

     Plaintiff,

v.

I.C. SYSTEM, INC.

     Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 3, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         s/Donald A. Yarbrough
                                         Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
Suite A
2124 West Kennedy Boulevard
Tampa, FL 33606
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF